

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00022-CV

**IN THE MATTER OF PAR, A JUVENILE,**

From the County Court at Law, Medina County, Texas
Trial Court No. 1753
Honorable Vivian Torres, Judge Presiding

# O R D E R

The Honorable Vivian Torres' request for extension of time in which to conduct the abandonment hearing is GRANTED. Time is extended to June 15, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

Keith E. Hottle
Clerk of Court